AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Horace Roberts<br><br>*Plaintiff(s)*<br>v.<br>County of Riverside, David Cox, Robert Creed, David Collins, Sheldon Gill, Mark Cordova, Edward Chavez, Rick Zerkel, Randy Key, Deputy Orona, Timothy Johnson, Larry Smith, (See attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:19-cv-01877JGB(SHKx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  County of Riverside
c/o Clerk of the Board
4080 Lemon Street, 1st Floor
Riverside, CA 95201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven Art
Loevy & Loevy
311 N. Aberdeen St, 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray

*CLERK OF COURT*



Date: 11/13/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-cv-01877

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                       *Server's signature*

                                       _____
                                       *Printed name and title*

                                       _____
                                       *Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | **David B. Owens (SBN 275030)** |
| | david@loevy.com |
| 2 | Loevy & Loevy |
| | 311 N. Aberdeen St., 3rd Fl. |
| 3 | Chicago, IL 60607 |
| | Phone: (312) 243-5900 |
| 4 | |
| | **Jan Stiglitz (SBN 103815)** |
| 5 | js@cwsl.edu |
| | Law Office of Jan Stiglitz |
| 6 | 14462 Garden Tr. |
| | San Diego, CA 92127 |
| 7 | Phone: (619) 807-5890 |
| | |
| 8 | **Brett A. Boon (SBN 283225)** |
| | brett@boonlawoffice.com |
| 9 | The Boon Law Firm |
| | 411 Camino Del Rio S, Ste. 106 |
| 10 | San Diego, CA 92108 |
| | Phone: (619) 358-9949 |
| 11 | |
| | Craig S. Benner (SBN: 283913) |
| 12 | **Benner Law Firm** |
| | 411 Camino Del Rio S. #106, |
| 13 | San Diego CA 92108 |
| | T: (619) 595-6795 |
| 14 | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE ROBERTS, | CASE NUMBER: 19-1877 |
| Plaintiff, | |
| v. | |
| COUNTY OF RIVERSIDE, DAVID COX, ROBERT CREED, DAVID COLLINS, SHELDON GILL, MARK CORDOVA, EDWARD CHAVEZ, | **COMPLAINT FOR DAMAGES AND OTHER RELIEF**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| RICK ZERKEL, RANDY KEY, DEPUTY ORONA, TIMOTHY JOHNSON, LARRY SMITH, GARY PENROD, CHARLES VARGA, and UNKNOWN OFFICERS OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | |

Plaintiff HORACE ROBERTS, by his undersigned attorneys, hereby complains against Defendants COUNTY OF RIVERSIDE, DAVID COX, ROBERT CREED, DAVID COLLINS, SHELDON GILL, MARK CORDOVA, EDWARD CHAVEZ, RICK ZERKEL, RANDY KEY, DEPUTY ORONA, TIMOTHY JOHNSON, LARRY SMITH, GARY PENROD, CHARLES VARGA, and UNKNOWN OFFICERS OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and states as follows:

## JURISDICTION AND VENUE

1. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and California law to redress Defendants' tortious conduct and their violation of Plaintiff's rights secured by the U.S. Constitution.

2. This Court has jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over his state law claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper under 28 U.S.C. § 1391(b). Plaintiff's criminal case was investigated, tried, and appealed in Riverside County, California, such that a

- 2 -