Tony M. Sain (State Bar No. 251626)
 *tms@manningllp.com*
Lynn Carpenter (State Bar No. 310011)
 *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants
COUNTY OF RIVERSIDE, ROBERT CREED, MARK CORDOVA, RICK ZERKEL AND SHELDON GILL AND EDWARD CHAVEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HORACE ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, DAVID COX, ROBERT CREED, DAVID COLLINS, SHELDON GILL, MARK CORDOVA, EDWARD CHAVEZ, RICK ZERKEL, RANDY KEY, DEPUTY ORONA, TIMOTHY JOHNSON, LARRY SMITH, GARY PENROD, CHARLES VARGA, and UNKNOWN OFFICERS OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | Case No.: 5:19-cv-01877-JGB-SHK<br><br>**NOTICE OF RELATED CASE**<br>**[C.D. Cal. L.R. 83-1.3.1]**<br><br>Cmplt. Filed: October 1, 2019<br>Trial Date:  Not Set |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

In accordance with C.D. Cal. Local Rule 83-1.3.1, Defendants COUNTY OF RIVERSIDE, ROBERT CREED, MARK CORDOVA, RICK ZERKEL,

SHELDON GILL and EDWARD CHAVEZ, bring to the attention of the Court that a recently filed action in this Court, entitled *County of Riverside et al. v. Harris et al.*, filed in the United States District Court for the Central District of California under Case No. 5:20-cv-00441 on March 4, 2020 [Doc. 1], is related to this action.

Both the recently filed action and this action involve similar parties; defendants in this action are the plaintiffs in the recently filed action and the plaintiff in this action, Horace Roberts, is related to, and essentially at the center of the recently filed action. The claims in both the recently filed action and this action arise out of the same events: starting with an incident that occurred on or about April 14, 1998, when Terry Cheek was murdered, and subsequently Horace Roberts' wrongful arrest and conviction for that crime.

DATED: March 4, 2020

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Tony M. Sain*
Tony M. Sain
Lynn L. Carpenter
Tori L.N. Bakken
Attorneys for Plaintiffs
COUNTY OF RIVERSIDE, ROBERT CREED, MARK CORDOVA, RICK ZERKEL, SHELDON GILL, AND EDWARD CHAVEZ