Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Lynn Carpenter (State Bar No. 310011)
  *llc@manningllp.com*
Tori L.N. Bakken, Esq. (State Bar No. 329069)
  *txb@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants
COUNTY OF RIVERSIDE, ROBERT CREED, MARK CORDOVA, RICK ZERKEL, SHELDON GILL, AND EDWARD CHAVEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HORACE ROBERTS,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, DAVID COX, ROBERT CREED, DAVID COLLINS, SHELDON GILL, MARK CORDOVA, EDWARD CHAVEZ, RICK ZERKEL, RANDY KEY, DEPUTY ORONA, TIMOTHY JOHNSON, LARRY SMITH, GARY PENROD, CHARLES VARGA, and UNKNOWN OFFICERS OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>  Defendants. | Case No. 5:19-cv-01877-JGB-SHK<br>[*Hon. Jesus G. Bernal, District Judge; Hon. Shashi H. Kewalramani, Magistrate Judge*]<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION [DOC. 80] TO DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CONTINUE THE RULE 26(f) CONFERENCE DUE TO PENDING MOTION FOR STAY AND MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>Hearing Date:    N/A<br>Time:    N/A<br>Dept.:    1 (Riverside)<br><br>Cmplt. Filed: October 1, 2019<br>Trial Date:  Not Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants respectfully submit this REPLY to Plaintiff's Response in Opposition to Defendants' *Ex Parte* Application to Continue the Rule 16 Scheduling Conference and Rule 26(f) Conference [Dkt. 80].

Plaintiff offers no evidence to contradict the core facts demonstrating the necessity of a continuance of the Rule 16 Scheduling Conference and Rule 26(f) Conference [Dkt. 80]. Plaintiff does not dispute that the Motion for Stay is currently calendared for the same day as the Court's scheduling conference, and may potentially render the scheduling conference moot at this point in time. Additionally, while Plaintiff alleges that there are aspects of the scheduling conference that still could be conducted, despite Defendants' inability to obtain key documents, Plaintiff does not dispute the limitation that puts on Defendants' ability to develop a discovery plan- a primary function of the scheduling conference.

Rather, Plaintiff's argument instead hinges on the various on-goings of this case which are by nature, time-consuming. While Defendants and their counsel are sympathetic to the desires of Plaintiff to proceed with this litigation and to reach a conclusion, that cannot be at the cost of Defendants ability to properly put on their defense. Understanding that this case has spanned numerous years from Plaintiff's perspective, with the facts of this case originating over 20 years ago, that does not justify speeding through the judicial process now, if doing so could compromise the conviction of the true murderers in the underlying case, or the ability of Defendants in the instant case to present their defense.

Additionally, it is worth emphasizing that the scheduling conference continuance which Defendants are requesting is not lengthy, but just long enough to allow the Court and the parties to determine the state of the case and subsequently sort out what needs to be done to proceed efficiently.

Therefore, based on the limited prejudice that Plaintiff would suffer by a minor delay to better establish the current state of the case, as compared to the prejudice Defendants would suffer by proceeding with the case without access to key documents to their defense, the Court should disregard Plaintiff's Opposition and GRANT the ex parte relief requested by Defendants.

DATED:  April 30, 2020

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Tori L.N. Bakken_____
    Tony M. Sain, Esq.
    Lynn L. Carpenter, Esq.
    Tori L.N. Bakken, Esq.
Attorneys for Defendants,
COUNTY OF RIVERSIDE, ROBERT CREED, MARK CORDOVA, RICK ZERKEL, SHELDON GILL, AND EDWARD CHAVEZ

G:\docsdata\TMS\Roberts, Horace v COR 4410-59729\Pleadings - Roberts\Ex Parte.01.Reply.Motion to Continue Sched Conf.docx