David B. Owens, State Bar No. 275030
david@loevy.com
Steven Art, admitted *pro hac vice*
steve@loevy.com
Alison R. Leff, admitted *pro hac vice*
steve@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

Jan Stiglitz, State Bar No. 103815
Law Office of Jan Stiglitz
14462 Garden Trail
San Diego, CA 92127
(619) 525-1697 (phone)

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| HORACE ROBERTS, | Case No. 5:19-cv-01877-JGB-SHK |
|---|---|
| Plaintiff, | **[PROPOSED] THIRD PROTECTIVE ORDER REGARDING CONFIDENTIAL DISTRICT ATTORNEY DOCUMENTS** |
| v. | |
| COUNTY OF RIVERSIDE *et al.*, | |
| Defendants. | Hon. Jesus G. Bernal<br>Hon. Shashi H. Kewalramani |

Plaintiff, the County of Riverside Defendants, the County of San Bernardino Defendants, and the Riverside County District Attorneys' Office, by their respective undersigned attorneys, pursuant to Federal Rules of Civil Procedure 5.2, 7, and 26, and Local Rules 7-1 and 52-4.1, hereby stipulate and request that the Court enter the proposed third protective order that follows. Consistent with discussions in Court regarding the Riverside District Attorney's Office's (the "DA") pending motion to quash, Dkt. 144, and in order to disclose documents in the DA's possession, and to address the DA's concerns about its ongoing prosecution of those currently facing charges for the murder of Terry Cheek, *see* Dkt. 83 at 7-8, the DA has requested that the parties agree to the following additional protective order:

**PROPOSED THIRD PROTECTIVE ORDER REGARDING CONFIDENTIAL DISTRICT ATTORNEY DOCUMENTS**

PURSUANT TO THE STIPULATION OF THE PARTIES AND THE RIVERSIDE DISTRICT ATTORNEY ("Stipulation and Joint Request for Entry of Third Protective Order Regarding Confidential District Attorney Documents"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. INCORPORATION OF PRIOR ORDER

The Court incorporates in whole its prior protective orders entered in the Action. Doc. No. 32 (hereinafter the "First Protective Order"); Doc. No. 150 (hereinafter the "Second Protective Order").

2.  ACCESS TO AND USE OF PROTECTED MATERIAL

    2.1 <u>Basic Principles</u>. A Receiving Party may use Attorneys' Eyes Only Material that is disclosed or produced by another Party or by a Non-Party in connection with this Action only for prosecuting, defending, or attempting to settle this Action. Such Attorneys' Eyes Only Material must be maintained as strictly confidential, such that it is only disclosed to the Parties' Counsel and the District Attorneys' Office, under the conditions described in this Order, in the First Protective Order, and in the Second Protective Order.

    2.2 <u>Disclosure of "ATTORNEYS' EYES ONLY" Information or Items</u>. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "ATTORNEYS' EYES ONLY" only to: attorneys Steven Art, Anand Swaminathan, David B. Owens, and Alison Leff for Plaintiff; and attorneys Tony Sain, Craig Smith, Tori Bakken, Kevin Louth, Marty E. Zemming, and Dennis E. Wagner for the Defendants.

IT IS HEREBY ORDERED

Dated: November 30, 2020

                                            United States Magistrate Judge

**[Proposed] Third Protective Order re Confidential District Attorney Documents** 5:19-cv-01877-JGB-SHK