Marty E. Zemming, Esq. (SBN: 213645)
Dennis E. Wagner, Esq. (SBN: 99190)
**WAGNER ZEMMING CHRISTENSEN, LLP**
1325 Spruce Street, Suite 200
Riverside, CA  92507
Tel.:          (951) 686-4800
Fax:          (951) 686-4801
mez@wzclawfirm.com
dew@wzclawfirm.com

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO; FORMER SAN BERNARDINO COUNTY SHERIFF GARY PENROD; and DONALD JONES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HORACE ROBERTS,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, COUNTY OF SAN BERNARDINO, DAVID COX, ROBERT CREED, DAVID COLLINS, SHELDON GILL, MARK CORDOVA, EDWARD CHAVEZ, RICK ZERKEL, the ESTATE of RANDY KEY, DEPUTY ORONA, TIMOTHY JOHNSON, the ESTATE of LARRY SMITH, GARY PENROD, the ESTATE of CHARLES VARGA, DONALD JONES, GLENN LIGHTFOOT, MICHELE MERRITT, M. SIKES, UNKNOWN OFFICERS OF THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and UNKNOWN OFFICERS OF THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,<br><br>   Defendants. | Case No. 5:19-cv-01877-JGB-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Jesus G. Bernal,<br>District Judge<br><br>Hon. Shashi H. Kewalramani,<br>Magistrate Judge |

1

IT IS HEREBY STIPULATED by and through the parties hereto through their respective counsel of record, that the subject case has tentatively settled as between the remaining defendants and the plaintiff which will resolve all claims as to all parties. The parties are in the process of executing a Release Agreement to document the subject settlement.

Once the settlement has been fully executed, the parties will file a Stipulation and Order of dismissal under Rule 41(a) and this is expected to occur within the next 30 days.

Dated: October 14, 2021　　　　WAGNER ZEMMING CHRISTENSEN

/s/ Dennis E. Wagner
_____
MARTY E. ZEMMING, Esq.
DENNIS E. WAGNER, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO; FORMER SAN BERNARDINO COUNTY SHERIFF GARY PENROD; and DONALD JONES

Dated: October 14, 2021　　　　LOVEY & LOVEY

/s/ David Owens
_____
DAVID OWENS, Esq.
STEVEN ART, Esq.
Attorneys for Plaintiff